# EXHIBIT B

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 9/16/19

Signature

CANDICE ABDUL

Print Name

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 09/04/2019

Signature

Print Name: Wilma Abdulla

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 09/16/2019

Signature: *[signed]*

Print Name: Katherine Adeojo

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

*[redacted]*

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 9/10/2019

Signature

Print Name: Deborah Bousseau

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by fax, email or mail to:** Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 09/04/19

Signature

Print Name: Felicia M. Brown

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[redacted]

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 09/19/2019

Signature: *Kimberly Chatman*

Print Name: Kimberly Chatman

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[redacted]

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 01/03/2020

Signature: *Anna M. Martin, RN*

Print Name: Anna M. Martin, RN

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[redacted]

**Return this form by fax, email or mail to:**   Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: Aug. 19, 2019    Signature: Leah H. Maas (f/k/a Leah Ayers)

Print Name: Leah Maas (F/K/A Leah Ayers)

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 10/05/2019

Signature: *LaQuanta Russell*

Print Name: LaQuanta Russell

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[REDACTED]

**Return this form by fax, email or mail to:**   Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 9/16/19

Signature

Print Name: JWallace-Grey

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by fax, email or mail to:** Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

_____

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date:  4/23/2019

Signature

Patrice Leflore
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[REDACTED]

**Return this form by fax, email or mail to:**   Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 07/31/19

Signature: *Crystal A. Carter*

Print Name: CRYSTAL A. CARTER

---

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

[redacted]

**Return this form by fax, email or mail to:**

Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

# THE ANTHEM COMPANIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, The Anthem Companies, Inc., ("Anthem") and any other related persons, entities, subsidiaries, or affiliates, to recover overtime pay.

2. I have worked for Anthem as a Utilization Management Nurse, Utilization Review Nurse, Medical Management Nurse, Nurse Reviewer, Nurse Reviewer Associate, or similar job title, primarily performing medical necessity reviews within the past three years.

3. During the past three years, there were occasions when I worked over 40 hours per week without receiving compensation for my overtime hours worked.

4. If this case does not proceed collectively, then I also consent to join any subsequent action or matter to assert these claims against Anthem and any other related persons, entities, subsidiaries, or affiliates.

5. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling this matter.

Date: 8/26/19

Signature: *Patrice Gainey*

Print Name: LAtrice GAiNey

---

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

[redacted]

---

**Return this form by fax, email or mail to:**

Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com