# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-04866-WMR
### Baker v. The Anthem Companies, Inc.
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/16/2026.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 4:45 PM
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

COURT REPORTERS: Geraldine Glover and Denise Stewart
DEPUTY CLERK: Sherri Lundy

**ATTORNEY(S) PRESENT:** Helen Coleman, Caitlin Opperman and Rachhana Srey representing Deon Baker individually and on behalf of all others similarly situated

Brett Bartlett, Lynn Kappelman, Lennon Haas, Kevin Young and Kathryn Palamountain representing The Anthem Companies, Inc.

**PROCEEDING CATEGORY:** Bench Trial Continued

**MINUTE TEXT:** Counsel for Plaintiffs called witness Jason Tunnell and conducted with direct examination. Plaintiffs' exhibit 102, 97, 98, 101, 92, 93. Counsel for Defendant conducted cross-examination of witness Jason Tunnell. Counsel for Plaintiffs conducted re-direct examination of witness Jason Tunnell. Counsel for Plaintiffs called witness Terri Brown and conducted with direct examination. Plaintiffs' exhibit 104, 180, 222, 10, 229 were admitted. Counsel for Defendant conducted cross-examination of witness Terri Brown. Counsel for Plaintiffs conducted re-direct examination of witness Terri Brown. Counsel for Plaintiffs called witness Jerolynn Hood and conducted with direct examination. Counsel for Deefndant conducted direct examination of witness Jerolynn Hood. Plaintiffs rested their case. Counsel for Defendant argued their Motion for Entry of Judgment on Plaintiff's Claims in the Entirety, on Judgment because Non-testifying Party Plaintiffs Also Fail to Meet Their Burdens and on Judgment because Plaintiff's Willfulness Claims and Defendant's Motion to Decertify. Court will not Grant the Defendant's Motion.

**HEARING STATUS:** Trial not concluded. Court adjourned and will reconvene at 9:30 a.m. on

Tuesday, January 20, 2026

**EXHIBIT STATUS:** Exhibits retained by the Court to be forwarded to the Clerks Office.