**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

DEON BAKER, individually and on
behalf of all others similarly situated,

      Plaintiffs,                    Case No. 1:21-cv-04866-WMR

v.

THE ANTHEM COMPANIES, INC.,

      Defendant.

_____

**ORDER**

_____

This matter came before the Court on Plaintiffs' Unopposed Motion for FLSA Settlement Approval. Having reviewed the Motion and the accompanying papers submitted herein, the Court hereby **ORDERS** as follows:

1.    The Motion is **GRANTED** in its entirety. The Court finds that the Settlement Agreement is fair and reasonable and is a reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. 201§ *et seq*.

2.    The Parties separately negotiated and agreed upon amount of $1,900,000.00 for Plaintiffs' attorneys' fees and costs is **APPROVED** as reasonable in light of the services provided, Plaintiffs' Counsel's reasonable hourly rates, and hours expended during the course of this litigation.

3.     The Court **ORDERS** compliance with the Settlement Agreement in all respects and reserves jurisdiction over all matters arising out of the settlement or the administration of the settlement. This Court specifically maintains jurisdiction over Opt-in Plaintiff Constance English's claim as her individual settlement must first be approved by the U.S. Bankruptcy Court for the Northern District of Georgia.

4.     The claims of each of the following thirty-five plaintiffs in this action are **DISMISSED** with prejudice: Deon Baker, Nuri Bashir, Margaret Black, Deborah Bousseau, Felicia Brown, Charlotte Brown, Dawn Burt, Kimberly Chatman, Catina Coyle, Cassandra Davis, Catherine Evans, Miriam Frazier-Swann, Judith Gifford, Wendy Green, Shamon Hill, Jerolynn Hood, Constance Jeter, Angela Jones, Marguerite Lawson, Patrice Leflore, Kristina Leah Maas, Anna Martin, Yasma McGowan, Beverly Morton, Jacqueline Moseley, Amanda Rollins, Tawaun Spencer, Delphine Spires, Karen Stevenson, Aleana Stronghold, Wendy Terry, Joy Wallace-Grey, Paula Webb, Marjorie Whyte, and Phyllis Young Alfred.

5.     As for Opt-in Plaintiff English, within seven (7) days of Plaintiffs' Counsel's receipt of an order from the U.S. Bankruptcy Court for the Northern District of Georgia granting approval of her individual settlement, the parties shall file with the Court a joint stipulation of dismissal of her individual FLSA claim with prejudice, and take any further action necessary for the Court to dismiss the entire lawsuit.

SIGNED this 11th day of March, 2026.

_____
Honorable William M. Ray, II
UNITED STATES DISTRICT COURT JUDGE